JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWK ENTERPRISES, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MANGALICK ENTERPRISES, INC., a Minnesota corporation, dba IAC INTERNATIONAL; and DOES 1 through 10, inclusive<br><br>Defendants.<br>_____ | Case No. CV12-1903 DMG (MANx)<br><br>**ORDER RE:  STIPULATION FOR DISMISSAL WITHOUT PREJUDICE [21]** |

Plaintiff, DWK Enterprises and Defendant Mangalick Enterprises, Inc. d/b/a IAC International having entered into a Settlement Agreement dated October 22, 2012 ("Settlement Agreement") wherein the parties stipulated and agreed to the following order for dismissal of the action:

**IT IS ORDERED, ADJUDGED AND DECREED** that

1

[PROPOSED] ORDER RE: STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

1. Plaintiff DWK Enterprises' claims against Defendant Mangalick Enterprises, Inc. d/b/a IAC International for monetary damages for copyright infringement in this action shall be and hereby are dismissed with prejudice.

2. Plaintiff, DWK Enterprises' claim against Defendant Mangalick Enterprises, Inc. d/b/a IAC International for injunctive relief for copyright infringement in the above-action shall be and hereby is dismissed without prejudice.

3. The Court shall retain jurisdiction in this matter to enforce the Settlement Agreement dated October 22, 2012 by and between the parties.

4. In the event of a default by Defendant Mangalick Enterprises, Inc. d/b/a IAC International, as defined in the Settlement Agreement, and the failure to cure such default in the manner and within the time provided in the Settlement Agreement, upon application of counsel for DWK Enterprises and a declaration of DWK Enterprises, or counsel for DWK Enterprises, setting forth the fact of default and the failure of Defendant Mangalick Enterprises, Inc. d/b/a IAC International to cure the default in the manner and within the time provided in the Settlement Agreement, served on Defendant Mangalick Enterprises, Inc. d/b/a IAC International IAC and its counsel of record herein, the Court may enter a Judgment or Order for Permanent Injunction against Defendant Mangalick Enterprises, Inc. d/b/a IAC International prohibiting Defendant Mangalick Enterprises, Inc. d/b/a IAC from infringing on the copyrights of Plaintiff, DWK Enterprises.

**IT IS SO ORDERED.**

DATED: November 14, 2012

_____
DOLLY M. GEE
United States District Judge

[PROPOSED] ORDER RE: STIPULATION FOR DISMISSAL WITHOUT PREJUDICE